IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| DANIEL L. DOYLE, on behalf of himself and all others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Case No. 4:14-CV-00061-BP |
| HUMANA INC., | ) ) ) | |
| Defendant. | ) | |

## NOTICE OF DISMISSAL WITH PREJUDICE

Plaintiff Daniel L. Doyle hereby dismisses this action with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1).

Respectfully submitted,

/s/ Michael A. Williams
Eric L. Dirks                MO #54921
   dirks@williamsdirks.com
Michael A. Williams          MO #47538
   mwilliams@williamsdirks.com
WILLIAMS DIRKS LLC
1100 Main Street, Suite 2600
Kansas City, Missouri 64105
(o) 816-876-2600
(f) 816-221-8763

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

On March 19, 2014, this filing was served on the attorneys for every party to this action by the notice that the Court's Case Management/Electronic Case Filing system generated.

/s/ Michael A. Williams
Attorney for Plaintiffs